UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | | Chapter 13 |
| David A. George, | | |
| Kathleen A. George, | Debtors. | Case No. 15-26953 |

## OBJECTION TO THE CONFIRMATION OF THE CHAPTER 13 PLAN

NOW COMES Beneficial Financial I Inc. successor by merger to Beneficial Wisconsin Inc. (hereby "movant") by its attorneys, Law Offices of James E. Huismann, S.C., by James E. Huismann, objecting to the confirmation of the (hereby "debtors") proposed Chapter 13 Plan on the grounds that the plan lists the estimated arrearages owed Beneficial Financial I Inc. successor by merger to Beneficial Wisconsin Inc. at $15,400. However, Beneficial Financial I Inc. successor by merger to Beneficial Wisconsin Inc. estimates the arrearage at $64,557.88 and states that the plan as proposed may therefore not be feasible.

Movant respectfully requests that the court set a hearing date on this matter.

Dated this 17th day of July, 2015.

Law Offices of James E. Huismann, S.C.
Attorneys for the movant

By: _/s/ James E. Huismann_
James E. Huismann
SBN 1018476

Address:
N14 W23777 Stone Ridge Drive
Suite 120
Waukesha, WI 53188
Ph: (262)523-6400
Fax: (262)523-2650