**EXHIBIT E**
Todd H. Lasanske and Dawn M. Lasanske
Case No. 15-26946 beh
W150N7952 Menomonee Manor Ct, Menomonee Falls, WI 53051-4222

Based on the regularly-maintained records of the mortgage servicer, the following is a summary of the debtor's payment history since post-petition mortgage payments were last current:

|    | Date Payment Due | Amount Due | Date Payment Received | Amount Received | Post-Petition Month Applied As | Suspense Balance |
|----|------------------|------------|-----------------------|-----------------|--------------------------------|------------------|
| 1  | N/A              | N/A        | 6/12/2015             | $1,272.36       | Suspense                       | $1,272.36        |
| 2  | 7/1/2015         | $1,419.06  | 6/15/2015             | $1,379.52       | 7/1/2015                       | $1,232.82        |
| 3  | 8/1/2015         | $1,390.52  | 7/31/2015             | $1,390.52       | 8/1/2015                       | $1,232.82        |
| 4  | 9/1/2015         | $1,390.52  | 8/20/2015             | $1,390.52       | 9/1/2015                       | $1,232.82        |
| 5  | 10/1/2015        | $1,390.52  | 9/18/2015             | $1,390.52       | 10/1/2015                      | $1,232.82        |
| 6  | 11/1/2015        | $1,390.52  | 10/20/2015            | $1,391.00       | 11/1/2015                      | $1,233.30        |
| 7  | 12/1/2015        | $1,390.52  | 12/21/2015            | $1,390.52       | 12/1/2015                      | $1,233.30        |
| 8  | 1/1/2016         | $1,390.52  | 1/21/2016             | $1,391.00       | 1/1/2016                       | $1,233.78        |
| 9  | 2/1/2016         | $1,390.52  | 2/22/2016             | $1,390.52       | 2/1/2016                       | $1,233.78        |
| 10 | 3/1/2016         | $1,390.52  | 4/13/2016             | $2,781.04       | 3/1/2016                       | $2,624.30        |
| 11 | 4/1/2016         | $1,390.52  | 4/13/2016             | N/A             | 4/1/2016                       | $1,233.78        |

The undersigned is an employee of the movant and/or servicer of the mortgage loan which is the subject of this motion and states that the foregoing information is true and accurate to the best of my knowledge.

_Lawanda Chambliss_ (signature)

_Lawanda Chambliss_
(Type/Print Name)

_August 23, 2016_
Date

Subscribed and sworn to before me
this 23 day of August, 2016.

_Debora Lawson_ (signature)
_Debora Lawson_
, Notary Public
Boone County, State of Kentucky
My commission expires: 10-17-2016

```
DEBORA LAWSON
Notary Public, ID No. 476837
State at Large, Kentucky
My Commission Expires October 17, 2016
```

4