UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re                                              Chapter 13
Todd H. Lasanske and                               Case No. 15–26946–beh
Dawn M. Lasanske,
        Debtors.

## NOTICE OF TELEPHONE HEARING

TO:    Todd H. Lasanske        Attorney Steven E. Berg
        Dawn M. Lasanske       Trustee Mary B. Grossman
                                Attorney Jay Pitner

    PLEASE TAKE NOTICE that a telephone hearing will be held via conference call before Beth E. Hanan, United States Bankruptcy Judge, on **September 20, 2016, at 09:30 AM,** to consider CitiMortgage,Inc.'s Motion for Relief from Stay.

    PLEASE TAKE FURTHER NOTICE that **in order to appear by telephone, you must call the Court conference line at 1–888–808–6929, and enter access code 9122579 before the scheduled hearing time.** The Court may already be in session, so please wait quietly for your case to be called.

    **Should any party have a conflict with the scheduled date and time for this hearing, that party should contact the Court (414–290–2650), with the other interested parties on the line, to reschedule this hearing to a mutually agreeable date and time.**

    PLEASE TAKE FURTHER NOTICE that at the telephone hearing, the Court may rule or may schedule additional hearings, without further notice.

                                                    By the Court:

                                                    _____/s/_____
                                                    Beth E. Hanan
September 12, 2016                      United States Bankruptcy Judge